UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ADAIR COUNTY HOSPITAL ) | |
| DISTRICT ) | CHAPTER 9 |
| ) | |
| Debtor ) | CASE NO. 13-10939 |
| ) | |

## AGREED ORDER FOR STAY RELIEF

\* \* \*   \* \* \*   \* \* \*

This agreed order is entered into this 22nd day of August, 2013, between Adair County Hospital District ("Debtor") and The Farmers National bank of Danville ("Bank");

WHEREAS, Debtor filed its petition seeking relief under Chapter 9 of the United States Bankruptcy Code on July 31, 2013; and no unsecured creditors committee has yet been appointed; and

WHEREAS, this Court conducted a status hearing on August 5, 2013, which was attended by Debtor, Bank, United States Trustee and other interested parties; and

WHEREAS, during the course of the status hearing, the parties described certain pre-existing litigation pending in the Adair Circuit Court, Action #12-CI-00269 styled The Farmers Bank of Danville v. Adair County Public Hospital District, et al. ("State Court Litigation"); and

WHEREAS, the Debtor lists its indebtedness to the Bank that is involved in the State Court Litigation at $6,578,516.01; and

WHEREAS, the subject matter of the State Court Litigation is *inter alia*, the implementation and enforcement of an ad valorem property tax for the purpose of addressing the Debtor's expenses and claims against the Debtor; and

WHEREAS, the early implementation and enforcement of the tax in question is important to the Debtor's plan of adjustment in this case; and

WHEREAS, the State Court Litigation has proceeded to the level of a pending motion for summary judgment filed by the Bank, and the State Court Litigation is the appropriate forum to impose an ad valorem tax at a level appropriate to address the Debtor's operations and a plan of adjustment; and

NOW THEREFORE, IT IS HEREBY ORDERED that relief from the automatic stay under 11 U.S.C. Section 922 is hereby granted to permit the parties to proceed with the State Court Litigation in the Adair Circuit Court for the purposes of imposing an ad valorem tax and determining the level at which such tax should be imposed. A full report of the final judgment entered in that action shall be filed with this Court within 15 days of its entry. The provisions of Fed. R. Bankr. P. 4001(a)(3) are hereby waived and this order is final and immediately enforceable.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over any and all matters not specifically addressed herein.

**AGREED TO AND TENDERED BY:**

| | |
|---|---|
| /s/ James E. McGhee III<br>DAVID M. CANTOR<br>JAMES E. McGHEE III<br>SEILLER WATERMAN LLC<br>Meidinger Tower-22nd Floor<br>462 S. Fourth Street<br>Louisville, Kentucky 40202<br>Telephone: (502) 584-7400<br>Facsimile: (502) 583-2100<br>E-mail: cantor@derbycitylaw.com<br>E-mail: mcghee@derbycitylaw.com<br>*Counsel for Adair County Hospital District* | /s/ George D. Smith<br>GEORGE D. SMITH<br>ADAM M. BACK<br>STOLL KEENON OGDEN PLLC<br>300 West Vine Street, Suite 2100<br>Lexington, Kentucky 40507-1801<br>Telephone: (859) 231-3000<br>Facsimile: (859) 253-1093<br>E-mail: george.smith.skofirmcom<br>E-mail: adam.back@skofirm.com<br>*Counsel for The Farmers National Bank of Danville* |

**HAVE SEEN**

/s/ Scott J. Goldberg
SCOTT J. GOLDBERG
U.S. Department of Justice
Office of the U.S. Trustee
601 W. Broadway, Ste. 512
Louisville, Kentucky 40202
Telephone:  (502) 582-6000
Facsimile:  (502) 582-6147

g:\doc\dmc\westlake regional hospital\adair county hospital district\pldgs - district\agreed order for stay relief.doc