UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ADAIR COUNTY HOSPITAL DISTRICT | ) | CHAPTER 9 |
| | ) | |
| Debtor | ) | CASE NO. 13-10939 |
| | ) | |

**MOTION FOR APPROVAL OF DEBTOR'S REJECTION
OF AN UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY
WITH GEORGE COWAN, JOHN D. THOMPSON, AND LARRY NOE**

\* \* \*   \* \* \*   \* \* \*

Comes the Debtor, Adair County Hospital District (**"Debtor"**), by counsel, and hereby moves the Court for entry of an order authorizing Debtor's rejection of an unexpired lease with George Cowan, John D. Thompson, and Larry Noe (**"Lessors"**) In further support of this Motion, Debtor states as follows:

**Jurisdiction**

1.  Pursuant to 28 U.S.C. §§ 1334 and 157, the Court has jurisdiction to hear this Motion. This matter is a core proceeding as defined in 28 U.S.C. § 157(b)(2)(A) and (O). The relief requested in this Motion is sough pursuant to 11 U.S.C. § 365(a), made applicable to Chapter 9 pursuant to 11 U.S.C. § 901(a).

**Background**

2.  On July 31, 2013 (the **"Petition Date"**), Debtor filed with the Court its voluntary petition for relief under chapter 9 of the Bankruptcy Code.

3.  The Debtor is the lessee of a hospital located in the city of Columbia, Kentucky on 901 Westlake Dr., Columbia, KY 42728 (the **"Hospital"**). The Hospital is licensed for 74

total beds, of which 25 are dedicated to behavioral health. The average daily census of the Hospital is 8.38 patients. The Hospital was constructed in 1979 - 1980. The Hospital has 49 licensed acute beds, which includes the telemetry unit, 25 licensed behavioral health beds, 3 operating rooms, and 6 patient beds in the Trauma room with 2 triage rooms in the emergency area. The Debtor leases the Hospital from the Adair County Public Hospital District Corporation d/b/a Westlake Regional Hospital (the **"Corporation"**), a non-profit corporation incorporated December 30, 1976 by the Debtor. The Hospital provides general medical and surgical care in inpatient, outpatient, and emergency room service areas. The Hospital has 1 full time physician and 3 part-time physicians on active medical staff. The Debtor and the Corporation own and operate four rural health clinics: two in Columbia, Kentucky, one in Russell Springs, Kentucky, and one in Edmonton, Kentucky.

4. On July 11, 1994, the Debtor executed a Lease Agreement (the **"Agreement"**) with the Lessors. A copy of the Agreement and the addendums are attached hereto as Exhibit A. The Agreement provides for the lease of non-residential real property located at 903 West Stockton Street, Edmonton, Kentucky 42129. Edmonton Primary Care operates on this site.

5. The August 1, 2012 addendum provides the lease term expires August 31, 2013. However, the original Agreement provides for automatic renewal. Due to this ambiguity on whether the lease will expire or renew come September 1, 2013, the Debtor seeks to reject the Agreement effective September 1, 2013. Edmonton Primary Care will have a new location on that date, and this location will no longer be needed.

## Relief Requested

6. Pursuant to this Motion, Debtor seeks an Order of the Court approving its

rejection of the Agreement between the Debtor and the Lessors.

      7.    In the business judgment of the Debtor, the rejection of the Agreement is in the best interests of the Debtor, its creditors, and all other parties in interest, and should be approved. The Agreement is burdensome and has no residual value for the Debtor's continued operations.

      WHEREFORE, Debtor respectfully requests that the Court enter an Order pursuant to Section 365 of the Bankruptcy Code authorizing the rejection of the Lease Agreement with George Cowan, John D. Thompson, and Larry Noe and for such other and further relief to which it may appear entitled.

      A proposed Order is tendered herewith.

      Respectfully submitted,

/s/ James E. McGhee III
DAVID M. CANTOR
JAMES E. McGHEE III
SEILLER WATERMAN LLC
22nd Floor-Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
E-mail: mcghee@derbycitylaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

      It is hereby certified that on August 23, 2013, a true and correct copy of the foregoing Motion for Approval of Debtor's Rejection of an Unexpired Lease of Non-Residential Real Property with George Cowan, John D. Thompson, and Larry Noe was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system to the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, (b) mailed, first-class, postage prepaid, to all other persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served, and (c) mailed, first-class, postage prepaid, to:

George Cowan
John D. Thompson
Larry Noe
PO Box 224
Edmonton KY 42129

                                          /s/ James E. McGhee III
                                          JAMES E. McGHEE III

G:\doc\DMC\Westlake Regional Hospital\ADAIR COUNTY HOSPITAL DISTRICT\Pldgs - District\Mot Rej Contract (Edmonton).doc