UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ADAIR COUNTY HOSPITAL DISTRICT | ) | CHAPTER 9 |
| | ) | |
| Debtor | ) | CASE NO. 13-10939 |
| | ) | |

**MOTION FOR APPROVAL OF DEBTOR'S ASSUMPTION
OF AN EXECUTORY CONTRACT WITH
TSA CONSULTING GROUP, INC.**
\* \* \*   \* \* \*   \* \* \*

Comes the Debtor, Adair County Hospital District ("**Debtor**"), by counsel, and hereby moves the Court for entry of an order authorizing Debtor's assumption of an executory contract with TSA Consulting Group, Inc. ("**TSA Consulting**") In further support of this Motion, Debtor states as follows:

**Jurisdiction**

1.  Pursuant to 28 U.S.C. §§ 1334 and 157, the Court has jurisdiction to hear this Motion. This matter is a core proceeding as defined in 28 U.S.C. § 157(b)(2)(A) and (O). The relief requested in this Motion is sough pursuant to 11 U.S.C. § 365(a), made applicable to Chapter 9 pursuant to 11 U.S.C. § 901(a).

**Background**

2.  On July 31, 2013 (the "**Petition Date**"), Debtor filed with the Court its voluntary petition for relief under chapter 9 of the Bankruptcy Code.

3.  The Debtor is the lessee of a hospital located in the city of Columbia, Kentucky on 901 Westlake Dr., Columbia, KY 42728 (the "**Hospital**"). The Hospital is licensed for 74

total beds, of which 25 are dedicated to behavioral health. The average daily census of the Hospital is 8.38 patients. The Hospital was constructed in 1979 - 1980. The Hospital has 49 licensed acute beds, which includes the telemetry unit, 25 licensed behavioral health beds, 3 operating rooms, and 6 patient beds in the Trauma room with 2 triage rooms in the emergency area. The Debtor leases the Hospital from the Adair County Public Hospital District Corporation d/b/a Westlake Regional Hospital (the **"Corporation"**), a non-profit corporation incorporated December 30, 1976 by the Debtor. The Hospital provides general medical and surgical care in inpatient, outpatient, and emergency room service areas. The Hospital has 1 full time physician and 3 part-time physicians on active medical staff. The Debtor and the Corporation own and operate four rural health clinics: two in Columbia, Kentucky, one in Russell Springs, Kentucky, and one in Edmonton, Kentucky.

4.   On December 19, 2008, the Debtor, under the assumed name Westlake Regional Hospital, executed a Plan Services Agreement (the **"Agreement"**) with Great American Plan Administrators, Inc. A copy of the Agreement is attached hereto as Exhibit A. Great American subsequently sold the Agreement along with other business to TSA Consulting. The Agreement provides that TSA Consulting would administer the 403(b) retirement plan for the Debtor's employees.

5.   While the Agreement provides it is with Westlake Regional Hospital, which is also an assumed name of the Corporation, the Debtor believes it is appropriate to classify the Agreement under the Debtor rather than the Corporation because it is a contract for retirement benefits for employees, and the Debtor rather than the Corporation employs the caregivers at the

Hospital. Consequentially, the Debtor believes it is appropriate to classify the Agreement, which provides for administration of a defined-contribution retirement plan, as the Debtor's contract.

6. TSA Consulting charges $50.00 per month for its services. The Debtor owes $100.00 on account of pre-petition arrearages pursuant to the Agreement. The Debtor proposes to cure the arrearage within 30 days following the approval of the assumption of the Agreement.

7. The Debtor believes that the cost of the Agreement is in line with the market rate of such services, and that considering the de minimus cost of the Agreement, the Debtor would be burdened more by obtaining a substitute provider than through the assumption of the contract. The Debtor further believes the assumption of the Agreement is in the best interest of all parties as it will ensure that the Debtor's employee's retirement is secure during the pendency of this case.

8. The Agreement is terminable with 30 days written notice by either party.

## **Relief Requested**

9. Pursuant to this Motion, Debtor seeks an Order of the Court approving its assumption of the Agreement as an executory contract between the Debtor and TSA Consulting.

10. The Debtor believes the fees charged by TSA Consulting are in line with the market value of such services.

11. In the business judgment of the Debtor, the assumption of the Agreement is in the best interests of the Debtor, its creditors, and all other parties in interest, and should be approved.

WHEREFORE, Debtor respectfully requests that the Court enter an Order pursuant to Section 365 of the Bankruptcy Code authorizing the assumption of the Plan Services Agreement with TSA Consulting and for such other and further relief to which it may appear entitled.

A proposed Order is tendered herewith.

                                  Respectfully submitted,

/s/ James E. McGhee III_____
DAVID M. CANTOR
JAMES E. McGHEE III
SEILLER WATERMAN LLC
22nd Floor-Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
E-mail: mcghee@derbycitylaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

It is hereby certified that on August 29, 2013, a true and correct copy of the foregoing Motion for Approval of Debtor's Assumption of an Executory Contract with TSA Consulting Group, Inc. was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system to the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, (b) mailed, first-class, postage prepaid, to all other persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served, and (c) mailed, first-class, postage prepaid, to:

| | |
|---|---|
| Janet Williamson | Great American Plan Administrators, Inc. |
| Chief Financial Officer | 525 Vine Street |
| TSA Consulting Group, Inc. | 7th Floor |
| 15 Yacht Club Dr. NE | Cincinnati OH 45202 |
| Fort Walton Beach, FL 32548 | |

/s/ James E. McGhee III_____
JAMES E. McGHEE III

G:\doc\DMC\Westlake Regional Hospital\ADAIR COUNTY HOSPITAL DISTRICT\Pldgs - District\Mot Ass Contract (TSA Consulting).doc