UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

IN RE:                                             )
                                                   )
ADAIR COUNTY HOSPITAL DISTRICT  )     CHAPTER 9
                                                   )
                    Debtor        )     CASE NO. 13-10939
                                                   )

## AMENDMENT TO SCHEDULES
\* \* \*   \* \* \*   \* \* \*

Comes the Debtor, Adair County Hospital District, and states that through error and inadvertence, it has failed to list in it's Schedules the following:

**ADD TO SCHEDULE F:**

Chemaqua                                                              Amount: $777.82
Credit Dept.
P.O. Box 152100
Irving, TX 75015
    THIS IS A DISPUTED CLAIM.

Coventry Health Care                                                Amount: $89,022.00
9900 Corporate Campus Drive
Suite 1000
Louisville, KY 40223
    THIS IS A DISPUTED CLAIM.

Patterson Medical          Addition notice for Sammons/Preston      Amount: $1,918.29
Attn: Lori Peyton
28100 Torch Pkwy, Ste. 700
Warrenville, IL 60555-3938
    THIS IS A DISPUTED CLAIM.

The undersigned certify under penalty of perjury that he has read the foregoing Amendment and certifies that the statements contained are true and complete to the best of his knowledge, information and belief.

/s/ Neal M. Gold
NEAL M. GOLD
VICE CHAIRMAN
Adair County Hospital District

Dated: August 30, 2013
G:\doc\DMC\Westlake Regional Hospital\ADAIR COUNTY HOSPITAL DISTRICT\Pldgs - District\AmdSch.wpd

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ADAIR COUNTY HOSPITAL DISTRICT | ) | CHAPTER 9 |
| | ) | |
| Debtor | ) | CASE NO. 13-10939 |
| | ) | |

**CERTIFICATE OF SERVICE AND
NOTICE OF AMENDMENT TO SCHEDULES**
* * * * * * * *

I hereby certify that a copy of the foregoing Amendment to Schedules was mailed on the 3rd day of September, 2013, along with a copy of the Order for Meeting of Creditors, to Chemaqua, Credit Dept., P.O. Box 152100, Irving, TX 75015; Coventry Health Care, 9900 Corporate Campus Drive, Suite 1000, Louisville, KY 40223; and to Patterson Medical, Attn: Lori Peyton, 28100 Torch Pkwy, Ste. 700, Warrenville, IL 60555-3938.

**\* If amendment lists you as a creditor, you have 90 days from date of certification of mailing of amendment with which to file a proof of claim. Rule 3002 (c).**

/s/ David M. Cantor
DAVID M. CANTOR
JAMES E. McGHEE III
SEILLER WATERMAN LLC
22nd Floor-Meidinger Tower
462 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
E-mail: mcghee@derbycitylaw.com
*Counsel for Debtor*

G:\doc\DMC\Westlake Regional Hospital\ADAIR COUNTY HOSPITAL DISTRICT\Pldgs - District\AmdSch.wpd