UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Adair County Hospital District | ) | CASE NO. 13-10939 |
| | ) | CHAPTER 9 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| _____ | ) | |

### ORDER FOR RELIEF

      This case having come before the Court on the petition of the Debtor for an Order of Relief under Chapter 9 of the Bankruptcy Code and it appearing that no objections have been filed,

      IT IS HEREBY ORDERED that an Order of Relief under Chapter 9 of Title 11 of the United States Code is Granted.

      IT IS FURTHER ORDERED that counsel for the debtor is directed to publish notice of the entry of the Order for Relief in *The Courier Journal* and *The Adair Progress*, as required by 11 U.S.C. §923. Proof of publication shall be filed with the Court no later than ten days after the last date of publication.

      A copy of this Order shall be served on debtor, counsel for the debtor, the United States Trustee, and all scheduled creditors and parties in interest.

Thomas H. Fulton
United States Bankruptcy Judge

Dated: September 12, 2013

msp