## **EXHIBIT A**

1)     Spectrum Health Partners
       ATTN: William Moore, Partner
       109 International Drive, Suite 140
       Franklin, TN 37067
       (512) 750-0955

2)     Nextgen Inc.
       ATTN: Shelly Todd, Account Services Representative
       18111 Von Karman Avenue, Suite 700
       Irvine, CA 92612
       (888) 757-7750 ext. 5660

3)     Inspire Medical Group
       ATTN: Molly C. Jones, President
       2323 Lime Kiln Lane
       Louisville, KY 40222
       (502) 339-8000