IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ADAIR COUNTY HOSPITAL DISTRICT, | ) | Chapter 9 |
| | ) | |
| Debtor. | ) | Case No.: 13-10939 |
| | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR TEDDY M. KAPUR

The undersigned proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") of Adair County Hospital District, the above-captioned chapter 9 debtor (the "Debtor"), hereby moves the Court, pursuant to Rule LR 83.2 of the Joint Local Rules for the United States District Courts of the Eastern and Western Districts of Kentucky, to permit Teddy M. Kapur, Esq., of the law firm of Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067 to appear *pro hac vice* in this matter on behalf of the Committee. Attached hereto are the Affidavit of Good Standing and Consent of Teddy M. Kapur Esq., as required by U.S. District Court Joint Civil Local Rule 83.2.

Dated: November 14, 2013    By /s/ *Teddy M. Kapur*
                            Teddy M. Kapur (CA SBN 242486) (*pro hac vice* pending)
                            PACHULSKI STANG ZIEHL & JONES LLP
                            10100 Santa Monica Blvd., 13th Floor
                            Los Angeles, CA  90067
                            Phone: (310) 277-6910
                            Fax:    (310) 201-0760
                            E-mail: tkapur@pszjlaw.com

                            Proposed Attorneys for the Official Committee of
                            Unsecured Creditors

DOCS_LA:273008.1 01082/002

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing, the Affidavit of Teddy M. Kapur, Consent of Teddy M. Kapur and Proposed Order were served via electronic and/or first class mail, postage prepaid this 14th day of November, 2013 upon the parties to be notified as provided by ECF upon the filing hereof.

*/s/ Teddy M. Kapur*
Teddy M. Kapur

1