UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

IN RE:

| | | |
|---|---|---|
| ADAIR COUNTY PUBLIC HOSPITAL DISTRICT DEBTOR | ) ) ) | CASE NO. 13-10939 CHAPTER 9 |

## NOTICE OF ENTRY OF COURT ORDER, NOTICE OF HEARING AND CERTIFICATE OF SERVICE

The undersigned hereby gives notice of entry of (i) an Order Sustaining Motion to Set Objection Deadline and Expedited Hearing, and (ii) Notice of Hearing, both entered herein on November 14, 2013. Counsel certifies that interested parties or their counsel have been served electronically or via first class mail, postage prepaid, on November 15, 2013. Those who have not been served electronically and that will be served by first class mail, postage prepaid, are as follows:

Adair County Public Hospital District Corporation
901 Westlake Drive
Columbia, KY 42728
*Debtor*

and

Spectrum Health Partners,
Attn: William Moore, Partner
109 International Drive, Suite 140
Franklin, TN 37067

Nextgen, Inc.
Attn: Shelly Todd
18111 Von Karman Avenue, Suite 700
Irvine, CA 92612

112721.146735/4163628.1

Inspire Medical Group
Attn: Molly C. Jones, President
2323 Lime Kiln Lane
Louisville, KY 40222

*Members of the Unsecured Creditors Committee*

Samuel R. Maizel
Teddy M. Kapur
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
*Proposed Attorneys for Official
Committee of Unsecured Creditors*

                                               Stoll Keenon Ogden PLLC
                                               300 West Vine Street, Suite 2100
                                               Lexington, Kentucky 40507-1801
                                               (859) 231-3000

                                               By: /s/ George D. Smith
                                                  George D. Smith,
                                                  *Counsel for The Farmers National
                                                  Bank of Danville*

112721.146735/4163628.1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

IN RE:

| | | |
|---|---|---|
| ADAIR COUNTY HOSPITAL DISTRICT | ) | CHAPTER 9 |
| | ) | |
| Debtor | ) | CASE NO. 13-10939 |
| | ) | |

### ORDER SUSTAINING MOTION TO SET OBJECTION DEADLINE AND EXPEDITED HEARING

This matter having come before the Court on the motion of The Farmers National Bank of Danville ("Bank"), and the Court being otherwise properly advised, and having considered same, IT IS HEREBY ORDERED AS FOLLOWS:

1. Good and sufficient notice to all necessary parties has been given.

2. Good cause has been shown for the relief sought.

3. The Court shall enter a separate order establishing a deadline by which objections to the Bank's motion to extend the time to assume or reject the lease must be filed with the Court and also scheduling a hearing date for that motion on or before November 28, 2013 in the event that an objection is timely filed.

4. Conducting the hearing on Bank's separate motion to extend the time to assume or reject the lease on the hospital property before November 28, 2013, is in the best interests of all parties should any objection be timely filed.

5. The Bank's motion to set an objection deadline and for expedited hearing to be held before November 28, 2013, in the event an objection is timely filed, is hereby SUSTAINED.

SO ORDERED.

Thomas H. Fulton
United States Bankruptcy Judge
Dated: November 14, 2013

Tendered by:

/s/ Emily L. Pagorski
JOSEPH M. SCOTT, JR.
GEORGE D. SMITH
EMILY PAGORSKI
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1801
Telephone: (859) 231-3000
Facsimile: (859) 253-1093

*Counsel for The Farmers National Bank of Danville*

112721.146735/4163164.1

# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:
Adair County Hospital District

Debtor(s)

Case No.:13-10939-thf

Chapter: 9
Judge: Thomas H. Fulton

## NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above-referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of EXPEDITED Hearing regarding Motion to Extend time to Assume Or Reject Lease Agreement Filed by Creditor Farmers National Bank of Danville 72. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN NOVEMBER 22, 2013. Hearing scheduled for 11/25/2013 at 02:00 PM (Eastern Time) at Courtroom #2, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202. COUNSEL FOR THE MOVANT SHALL PROVIDE NOTICE OF THIS HEARING TO ALL INTERESTED PARTIES NOT RECEIVING ELECTRONIC NOTIFICATION AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT INDICATING THAT SERVICE HAS BEEN COMPLETED. cc: sl (Gudgel, A)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 11/14/13

By: ame
Deputy Clerk

FOR THE COURT
Diane S. Robl
Clerk, U.S. Bankruptcy Court