# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Adair County Hospital District

Debtor(s)

Case No.:13−10939−thf

Chapter: 9  
Judge: Thomas H. Fulton

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding the following pleadings: Motion for Attorney Samuel R. Maizel to Appear pro hac vice Filed by Creditors Committee Official Comittee of Unsecured Creditors 76 AND ON Motion for Attorney Teddy M. Kapur to Appear pro hac vice Filed by Creditors Committee Official Comittee of Unsecured Creditors 77. Hearing scheduled for 11/25/2013 at 02:00 PM (Eastern Time) at Courtroom #2, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202. cc: sl (Gudgel, A)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 11/15/13

By: ame  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court