## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Adair County Hospital<br>District | Case No.:13−10939−thf |
| Debtor(s) | Chapter: 9<br>Judge: Thomas H. Fulton |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of EXPEDITED Hearing regarding Motion to Extend time to Assume Or Reject Lease Agreement Filed by Creditor Farmers National Bank of Danville 72. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN NOVEMBER 22, 2013. Hearing scheduled for 11/25/2013 at 02:00 PM (Eastern Time) at Courtroom #2, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202. COUNSEL FOR THE MOVANT SHALL PROVIDE NOTICE OF THIS HEARING TO ALL INTERESTED PARTIES NOT RECEIVING ELECTRONIC NOTIFICATION AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT INDICATING THAT SERVICE HAS BEEN COMPLETED. cc: sl (Gudgel, A)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 11/14/13

| | |
|---|---|
| By: ame<br>Deputy Clerk | FOR THE COURT<br>Diane S. Robl<br>Clerk, U.S. Bankruptcy Court |

United States Bankruptcy Court
Western District of Kentucky

In re:  
Adair County Hospital District  
    Debtor

Case No. 13-10939-thf  
Chapter 9

## CERTIFICATE OF NOTICE

District/off: 0644-1        User: agudgel        Page 1 of 1        Date Rcvd: Nov 14, 2013  
                             Form ID: 220        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2013.
```
db          +Adair County Hospital District,    901 Westlake Dr,    Columbia, KY 42728-1123
cr          +Danville Office Equipment,    233 W. Main Street,    Danville, KY 40422-1811
cr          +Department of Health and Human Services,    c/o U. S. Attorney's Office,    717 West Broadway,
              Louisville, KY 40202-2215
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2013                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2013 at the address(es) listed below:
```
              Adam Mastin Back    on behalf of Creditor    Farmers National Bank of Danville BackBR@skofirm.com
              Bradley S. Salyer    on behalf of Creditor    IES MedPlus of Kentucky, LLC
               bss@morganandpottinger.com,   louretailbankruptcy@morganandpottinger.com;mplouretbkr@gmail.com
              David M. Cantor    on behalf of Debtor    Adair County Hospital District cantor@derbycitylaw.com,
               SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;neukomm@derbycitylaw.com;mcghe
               e@derbycitylaw.com;patenaude@derbycitylaw.com
              Elizabeth G. Weber    on behalf of Creditor    Jane Todd Crawford Memorial Hospital, Inc.
               bweber@dbllaw.com
              Elizabeth H. Parks    on behalf of Creditor    Department of Health and Human Services
               beth.parks@usdoj.gov,
               USAKYW.ecfbankruptcy@usdoj.gov;wendy.parel@usdoj.gov;bill.campbell@usdoj.gov
              Ellen Arvin Kennedy    on behalf of Creditor    GE Healthcare Systems DSBankruptcy@dinslaw.com
              Emily Pagorski    on behalf of Creditor    Farmers National Bank of Danville
               emily.pagorski@skofirm.com,   emily.keith@skofirm.com;maria.combs@skofirm.com
              George D. Smith    on behalf of Creditor    Farmers National Bank of Danville GSmithBR@skp.com
              Heather Geisberg Pennington    on behalf of Creditor    Danville Office Equipment
               hpennington@dlgfirm.com,   dlgecf@dlgfirm.com;dlgcfs@gmail.com
              James Edwin McGhee, III    on behalf of Debtor    Adair County Hospital District
               mcghee@derbycitylaw.com,
               SeillerWatermanBankruptcymyecf@gmail.com;belliott@derbycitylaw.com;patenaude@derbycitylaw.com
              John A. Majors    on behalf of Creditor    Coventry Health and Life Insurance Company
               jam@morganandpottinger.com,   majormajors44@yahoo.com
              Joseph J. Golden    ustpregion08.lo.ecf@usdoj.gov
              Joseph M. Scott, Jr.    on behalf of Creditor    Farmers National Bank of Danville
               joseph.scott@skofirm.com
              Mark A. Robinson    on behalf of Creditor    Psychiatric Resource Partners, Inc.
               mrobinson@vhrlaw.com
              Matthew Harold Kleinert    on behalf of Creditor    Commonwealth of Kentucky, Cabinet for Health
               and Family Services, Department of Medicaid Services MatthewH.Kleinert@ky.gov
              Patrick B. Howell    on behalf of Creditor    GE Healthcare Systems phowell@whdlaw.com,
               tmichalak@whdlaw.com;dprim@whdlaw.com
              Ryan K. Cochran    on behalf of Creditor    Psychiatric Resource Partners, Inc.
               ryan.cochran@wallerlaw.com,   gen.celentano@wallerlaw.com;chris.cronk@wallerlaw.com
              Scott A. Bachert    on behalf of Creditor Gary  Partin bachert@hbmfirm.com,
               wyatt@hbmfirm.com;day@hbmfirm.com
              Scott J. Goldberg    on behalf of US Trustee Joseph J. Golden ustpregion08.lo.ecf@usdoj.gov,
               scott.j.goldberg@usdoj.gov
                                                                                              TOTAL: 19
```