IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| ADAIR COUNTY HOSPITAL DISTRICT, | )  Chapter 9 |
| | ) |
| Debtor. | )  Case No.: 13-10939 |
| | ) |

**AFFIDAVIT OF SAMUEL R. MAIZEL IN SUPPORT OF APPLICATION OF COMMITTEE OF UNSECURED CREDITORS TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS ITS COUNSEL EFFECTIVE OCTOBER 23, 2013**

I, Samuel R. Maizel, declare and state as follows:

1. I am an attorney duly admitted to practice by the State of California. I have submitted my Motion for Pro Hac Vice to practice in this Court in connection with this Case.[1]

2. I make this declaration in support of the application (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") to employ Pachulski Stang Ziehl & Jones LLP ("the "Firm") as counsel to the Committee. I have personal knowledge of each fact set forth herein and am authorized to make this Declaration. If called upon, I would and could testify competently to each fact set forth herein.

3. The Firm is a firm comprised of approximately seventy attorneys with a practice concentrated on corporate reorganizations, insolvency and litigation. As stated in the foregoing Application, Firm has developed a national healthcare insolvency specialty practice, representing a variety of restructuring participants, including debtors, governmental and private creditors, trustees, examiners, creditors' committees, patient care ombudsmen, asset acquirers and sellers, both within the contexts of court proceedings (such as chapter 11 or chapter 9 bankruptcy cases) and out-of-court restructurings and workouts.

4. The Firm has represented the debtor, trustee or ombudsman in bankruptcy cases in the health care industry such as *In re Triad Healthcare; In re San Fernando (Mission)*

---

[1] All terms not otherwise defined herein shall have the same meaning as those ascribed in the Application.

*Community Hospital; In re Santa Paula Memorial Hospital; In re Upland Surgical; In re Health Plan of the Redwoods; In re Victor Valley Community Hospital; In re Renaissance Surgical Arts at Newport Beach; In re Gordian Medical, dba American Medical Technologies* and *In re S&B Surgery Center*.

5.      Moreover, the Firm has represented creditors' committees in healthcare industry cases such as *In re Pleasant Care Corporation; In re Mariner Post-Acute Network; In re Associated Physicians of St. Johns; In re Functional Restoration Medical Centers, Inc., In re San Diego Hospice & Palliative Care Corporation, In re Nevada Cancer Institute,* and *In re Hawaii Medical Center*.

6.      Additionally, the Firm has represented various health plans as creditors in *In re FPA Medical Management* and *In re MedPartners Provider Network*, and a healthcare REIT in numerous health care cases, including *In* re *Sun Healthcare Group*.  More information about the Firm generally, its expertise as counsel to debtors and creditors' committees and its expertise with healthcare industry entities, is available on its website at www.pszjlaw.com.

7.      The Firm has represented the creditors' committee in three chapter 9 bankruptcy cases of health care districts, *In re Valley Health System, In re Contra Costa Health Care District* and *In re Palm Drive Healthcare District*.  The Firm also participated in the municipal restructurings of the County of Orange and Hefferman Memorial Hospital District and currently represents the debtor in the chapter 9 case of the Mendocino Coast Health Care District.

8.      The Firm is expected to render the following services, among others, to the Committee:

(a)     assist, advise and represent the Committee in its consultation with the Debtor regarding the administration of this case;

(b)     assist, advise and represent the Committee in analyzing the Debtor's assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

2

DOCS_LA:272802.3 01082/001

(c) assist, advise and represent the Committee in any manner relevant to reviewing and determining the Debtor's rights and obligations under leases and other executory contracts;

(d) assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and the Debtor's financial condition, business operations and the desirability of the continuance of any portion of the business, and any other matters relevant to these cases or to the formulation of a plan;

(e) assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of reorganization;

(f) assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the committee;

(g) assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and

(h) assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

9. The attorneys currently expected to be principally responsible for this matter and their respective hourly rates are as follows:  Samuel Maizel ($775), Henry Kevane ($850) and Teddy M. Kapur ($525).  The current hourly rate of Felice Harrison, the primary paralegal likely to work on this case is $295.00.

10. The Firm has, however, agreed with the Committee to make the following adjustments to its compensation for services rendered and expenses incurred in this matter.  The Firm will not seek compensation for services related to non-working travel time between California and Nashville, Tennessee or Louisville, Kentucky, as the case may be, nor reimbursement for expenses related to such travel.  Travel to and from Nashville or Louisville to other locations such as the Bankruptcy Court would remain compensable and reimbursable.

11. The Firm has agreed not to seek compensation for services rendered which exceed the lesser of (a) the actual charges on such statement based on our Firm's hourly rates plus the Firm's expenses, or (b) the total attorney and paralegal hours reflected on such statement multiplied by an hourly rate of $550.00, plus the Firm's expenses.

12. I am one of the attorneys who will be principally involved in this Case. As reflected in the Application, I have served as lead debtor's counsel in the chapter 11 bankruptcy cases of Victor Valley Community Hospital, Gordian Medical, Inc., S&B Surgical Center, and Health Plan of the Redwoods, among others. I have served as lead counsel to creditors' committees in the bankruptcy cases of San Diego Hospice, Hawaii Medical Center (both chapter 11 cases), and Valley Health System (chapter 9 case), among others. I have also served as counsel to buyers of healthcare assets from bankruptcy cases, as a Patient Care Ombudsman and Consumer Privacy Ombudsman in healthcare bankruptcy cases, and as special counsel in healthcare bankruptcy counsel. I am a nationally known speaker on bankruptcy and healthcare industry related issues and have spoken at more than 150 programs including presentations for the American Medical Association, the American Health Lawyers Association, the Healthcare Finance Management Association, as well as other local, regional, state, and national associations. I am frequently published, including articles in books, law reviews, and legal magazines related to issues arising in the bankruptcy of healthcare businesses, as well as a book on bankruptcy appeals. I previously Chaired the American Bar Association's Working Group on Healthcare Related Bankruptcy Issues (1999-2002) and served as co-chair of the American Bankruptcy Institute's Health Care Insolvency Committee (2003-2007), and am a Contributing Editor to Collier on Bankruptcy and The Health Law News (a publication of the California Society of Health Law Attorneys) on healthcare business bankruptcy issues.

13. Mr. Kevane, another attorney who will be involved in this case, is experienced in Chapter 9 cases and was profiled by the Daily Journal in 2011 as being one of the top 25 municipal lawyers in California for his work on Chapter 9 cases. Mr. Kevane is the author of numerous articles on Chapter 9 cases, including the recent publications *Bond Insurers Become*

*Active Participants in Chapter 9s*; *Deploying the "PrePackaged" Plan of Adjustment in Chapter 9*; and *Chapter 9 Municipal Bankruptcy-The New "New Thing"?*. Mr. Kevane has spoken at various conferences regarding municipal bankruptcies. Currently, he is counsel to the Mendocino Coast Health Care District in its Chapter 9 case pending in the Northern District of California.

14. Mr. Kapur, another attorney who will be involved in this case, is experienced in healthcare bankruptcy cases and creditors' committee representations. He has served as debtor's counsel in the chapter 11 bankruptcy cases of Victor Valley Community Hospital, Gordian Medical, Inc., and S&B Surgical Center. And he has served as counsel to creditors' committees in the bankruptcy cases of the San Diego Hospice and Hawaii Medical Center (both chapter 11 cases), among others. In 2013, *The M&A Advisor* awarded Mr. Kapur the "40 Under 40 Recognition Award," *The Recorder* named Teddy as one of fifty California "Lawyers on the Fast Track," and the Southern California edition of *Super Lawyers* selected him as a "Rising Star."

15. The biographies of each attorney and paraprofessional at the Firm who will be principally involved in the Case are attached hereto collectively as Exhibit A. The Firm will also use such other professionals as it deems necessary.

16. To the best of my knowledge, neither the Firm nor any of its attorneys have any connection with any party in interest, their attorneys or accountants.

17. To the best of my knowledge, neither the Firm, nor any of its attorneys, represent any interest adverse to that of the Committee in the matters on which they are to be retained, and the Firm's attorneys are disinterested persons under section 101(14) of the Bankruptcy Code.

18. The Firm has not received any retainer from the Debtor or the Committee or any payment during the one year period prior to the filing of Debtor's petition. No compensation has been paid or promised to be paid from a source other than the estate in this case. Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by the Firm in its representation of the Committee.

19. To the best of my knowledge, neither the Firm nor any of its partners, of counsel, or associates has any connection with the Debtor, any creditors of the estate, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

20. To the best of my knowledge, neither the Firm nor any of its partners, of counsel, or associates is a creditor, equity security holder, or an "insider" of the Debtor as that term is defined in section 101(31) of the Bankruptcy Code.

21. To the best of my knowledge, neither the Firm nor any of its partners, of counsel, or associates is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor.

22. I am informed and believe that the Firm has conducted an extensive conflict check within the Firm's database and thus far the Firm has not encountered any creditors of the Debtor in which an actual conflict exists between the Firm and such creditors. If, at any subsequent time during the course of this proceeding, the Firm learns of any other representation which may give rise to a conflict, the Firm will promptly file with the Court and the Office of the United States Trustee an amended declaration identifying and specifying such involvement.

23. The members of the Firm are familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and shall comply with them.

24. There is no agreement between the Firm and any other entity for the sharing of compensation to be received for services rendered in connection with the case, except among the partners and attorneys of the Firm.

//
//
//
//
//
//

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 19th day of November 2013, at Los Angeles, California.

                                                  */s/ Samuel R. Maizel*
                                                  Samuel R. Maizel
                                                  SAMUEL R. MAIZEL (*pro hac vice* pending)
                                                  TEDDY M. KAPUR (*pro hac vice* pending)
                                                  PACHULSKI STANG ZIEHL & JONES LLP
                                                  10100 Santa Monica Blvd., Suite 1300
                                                  Los Angeles, CA  90067-4003
                                                  Telephone: 310/277-6910
                                                  Facsimile: 310/201-0760
                                                  E-mail:    smaizel@pszjlaw.com
                                                                      tkapur@pszjlaw.com

                                                *Proposed Attorneys for Official Committee of Unsecured Creditors*

# EXHIBIT A





10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Samuel R. Maizel

Tel: 310.277.6910    |    smaizel@pszjlaw.com

**EDUCATION**

United States Military Academy (B.S. 1977)

Georgetown University (M.A. 1983)

George Washington University (J.D. 1985)

**BAR AND COURT ADMISSIONS**

1985, Pennsylvania

1997, California

Mr. Maizel's practice includes bankruptcy matters and financial restructuring in and out of court, with a focus on the healthcare industry. He has also served as lead bankruptcy counsel to debtors in chapter 11 cases, as an examiner appointed pursuant to the request of the Securities and Exchange Commission, and as lead counsel to various official bankruptcy committees and to individual creditors. He has led the firm's representation of the Attorneys General of forty-six states and six territories (Settling States) that are parties to the master settlement agreement with the tobacco industry since 2000. Before joining the firm, he represented the federal government in bankruptcy, district, and appellate courts nationwide as a trial attorney in the US Department of Justice's Commercial Litigation Branch. He has also served in US Army's The Judge Advocate General's Corps, including service in Operation Desert Shield/Desert Storm, for which he was awarded the Bronze Star Medal. Previously he served as an Infantry Officer in the 101st Airborne Division and the 3rd US Infantry Regiment (The Old Guard). He has lectured extensively, is widely published, and been interviewed on television and radio on bankruptcy topics. Every year since 2007, he has been named a "Super Lawyer" in an annual region-wide peer survey, an honor bestowed on only 5% of Southern California attorneys, and holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability.  Mr. Maizel is a resident in the Los Angeles office.

## Representations

Chapter 11 debtors in Gordian Medical, Victor Valley Community Hospital; S&B Surgery Center, Health Plan of the Redwoods; Health Source Medical Group, Inacom, Pacific Eyenet, and Delta Entertainment

Creditors' committees in Hawaii Medical Center; Pacifica Hospital of the Valley; Pleasant Care Corporation and Mariner Post-Acute Network (both skilled nursing facilities operators);  West Contra Costa Healthcare District, Valley Health System, and Palm Drive Heathcare District (healthcare district hospital operators); Associated Physicians of St. Johns (an IPA)

Samuel R. Maizel (Cont.)

Creditors in Sun Healthcare Group, NewCare Health Corporation, Integrated Health Services, Assisted Living Concepts, Alpha Healthcare Foundation, FPA Medical Management, MedPartners Provider Network

Counsel to hospital purchasers in Karykeion and Santa Paula Memorial Hospital

Served as patient care ombudsman and consumer privacy ombudsman in Upland Surgical Institute

Served as examiner in Metropolitan Mortgage & Securities

Special counsel to chapter 11 debtor in Intrepid USA (national home heatlh provider)

Counsel to governmental entities in Alliance Tobacco and Carolina Tobacco.

Out-of-court restructuring of Health Line Clinical Laboratories

Counsel to chapter 7 trustee in Rodeo Canon and chapter 11 trustee in Estate Financial

## Professional Affiliations

Member, American Bar Association Standing Committee on Armed Forces Law (2013-)

Member, Board of Editors, *California Health Law News* (2010 – present)

Chair and previously Vice-Chair, American Bar Association ("ABA") Judicial Division Bench-Bar Bankruptcy Council (2007-2012)

Chair, ABA Business Law Section ("BLS") Meetings Committee

Chair, ABA BLS Programs Subcommittee (formerly chaired the ABA BLS Business Bankruptcy Committee ("BBC") Subcommittees on Secured Creditors, Healthcare and Non-Profits Insolvency Issues, Litigation and Executory Contracts)

Member, ABA BLS BBC Special Task Force on Bankruptcy Rule 2019 (2008)

Co-Chair, American Bankruptcy Institute ("ABI") Healthcare Insolvency Committee (2003-2007)

Board of Directors, Turnaround Management Association Southern California Chapter (2008-2010) and Program Chair (2008)

Financial Lawyers Conference, Board of Governors (2011)

## Programs and Lectures

Lecturer, American Ass'n of Health Plans, American Bankruptcy Institute, American Bar Ass'n, American Health Lawyers Ass'n, American Medical Ass'n, American Society of Medical Ass'n Counsel, Beverly Hills Bar Ass'n, Board of Contract Appeals Judge's Ass'n, California Society of Healthcare

PACHULSKI STANG ZIEHL & JONES

Samuel R. Maizel (Cont.)

Attorneys, California Bankruptcy Forum, California Society of Certified Public Accountants, Central California Bankruptcy Institute, Commercial Law League of America, Federal Bar Ass'n, International Ass'n of Insurance Receivers, IPA Ass'n of America, Los Angeles County Bar Ass'n, National Ass'n of Attorneys General, National Ass'n of Bankruptcy Trustees, National Ass'n of County Officers, National Health Lawyers Ass'n, Orange County Bar Ass'n, States' Ass'n of Bankruptcy Attorneys, Southeastern Bankruptcy Law Institute, Tennessee Bar Ass'n, Turnaround Management Ass'n, US Military Academy at West Point, University of Southern California Law School, New York University, Seton Hall Law School, New York Law School, San Joaquin College of Law, US Army Judge Advocate General's School, US Department of Justice, US Department of Agriculture, US Department of Health and Human Services, US Department of Labor, US Treasury Department, US Department of Defense, US Navy Office of General Counsel, US Army Litigation Center, US Defense Logistics Agency, Social Security Administration, Internal Revenue Service, US Attorneys Office for the Southern District of Florida, Export-Import Bank of the US, Renaissance American Management, Beard Group, Law Education Institute, Fulcrum Information Services, Educational Symposia Inc., Home Care Industry of America, Jay Alix & Assoc.





150 California Street
15th Floor
San Francisco, CA
94111-4500

# Henry C. Kevane

Tel: 415.263.7000    |    hkevane@pszjlaw.com

**EDUCATION**

Brown University (A.B., *magna cum laude*, 1982)

Southwestern Law School (J.D., *magna cum laude*, 1986)

**BAR AND COURT ADMISSIONS**

1986, California

Mr. Kevane is the managing partner of the firm's San Francisco office. He has worked on transactional and bankruptcy matters with clients from a variety of industries, and is listed among the "Best Lawyers in America" and "San Francisco's Best Lawyers" for his work in bankruptcy and creditor-debtor rights law. He has also been named a "Northern California Super Lawyer" every year since 2004 in a peer survey conducted by Law & Politics and the publishers of *San Francisco* magazine, an honor bestowed on only 5% of Northern California attorneys. In 2011, the *Daily Journal* profiled him in a special supplement as one of the top 25 municipal lawyers in California for his work in chapter 9 bankruptcy cases. He is a graduate of Brown University and received his J.D. from Southwestern Law School, where he was editor in chief of the *Southwestern University Law Review*. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. Mr. Kevane is admitted to practice in California.

## Representations

Creditors' committees in SeraCare Life Sciences; Guy F. Atkinson Company; America West Airlines

Chapter 11 debtors in Deltagen; Thorpe Insulation; Point Blank Solutions; Champion Enterprises, Aegis Mortgage; Yipes Communications; E/O Networks; Worlds of Wonder; Frederick & Nelson

Participated in the municipal restructurings of the County of Orange, Heffernan Memorial Hospital District (chapter 9 debtor located in Calexico, California); Palm Drive Healthcare District; West Contra Costa Healthcare District; Valley Health System

Debtor's counsel to Mendocino Coast Health Care District in its chapter 9 case

Henry C. Kevane (Cont.)

## Professional Affiliations

Director, *Business Law Today* (ABA Business Law Section)

Chair, Bankruptcy Committees Subcommittee of the ABA Business Law Section Business Bankruptcy Committee

Vice chair, Individual Chapter 11 Subcommittee of the ABA Business Law Section Business Bankruptcy Committee

Chair, State Bar of California Committee on Federal Courts (1996-2001)

Chair, State Bar of California Business Law Section Insolvency Law Committee (1995-1999)

## Programs and Lectures

American Intellectual Property Law Association, American Conference Institute, ALI/ABA, Association of Insolvency & Restructuring Advisors





10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Teddy M. Kapur

Tel: 310.277.6910    |    tkapur@pszjlaw.com

**EDUCATION**

Rice University (B.A. *magna cum laude* 1999)

London School of Economics and Political Science (1997-98)

Harvard University (M.P.A. 2004)

New York University School of Law (J.D. 2004)

**BAR AND COURT ADMISSIONS**

Texas, 2004 (inactive)

California, 2006

**CLERKSHIPS**

W. Royal Furgeson (W.D. Texas 2004-05)

Mr. Kapur represents debtors, creditors, trustees, and asset purchasers in chapter 11 bankruptcy cases and out-of-court restructurings. He has represented a broad range of clients, including real estate finance companies, national retailers, and professional services firms in the legal and medical industries. Mr. Kapur has played an integral role in cases that have been awarded the Mid-Size Company Turnaround of the Year by the *Turnaround Management Association*, Reorganization of the Year Award by *The M&A Advisor,* and the Corporate Turnaround Deal of the Year *by Global M&A Network LLC.*  In 2013, *The Recorder* named Mr. Kapur a *"*Lawyer on the Fast Track" and identified him as among fifty attorneys in California "whose early accomplishments indicate they will be tomorrow's top lawyers and leaders."  Mr. Kapur also possesses a strong business background; he was an analyst in the investment banking division at Merrill Lynch & Co. and a vice president in a real estate investment division at American International Group. Mr. Kapur is a graduate of Rice University. He earned his J.D. from New York University School of Law, where he was an article and note editor for the NYU School of Law *Journal of Legislation and Public Policy*, and he earned his Master in Public Administration from Harvard University. He is admitted to practice in California and Texas (inactive), and is a resident of our Los Angeles office.

## Representations

Chapter 11 debtors in American Suzuki Motor Corporation; CyberDefender; Gordian Medical (dba American Medical Technologies); Arlie & Company; Victor Valley Community Hospital; Heller Ehrman LLP; Z Gallerie; S&B Surgery Center; New Century Financial

Creditors' committees in IPC International; Residential Capital; San Diego Hospice & Palliative Care Corporation; SSI Group Holding Corp. (Grandy's and Souper Salad restaurant chains); Pure Beauty Salons & Boutiques; Circuit City; Hawaii Medical Center

Teddy M. Kapur (Cont.)

Chapter 11 and 7 trustees in Georges Marciano; Renaissance Surgical Arts at Newport; Galleria USA

## Professional Affiliations

Founding Member, Turnaround Underground – Los Angeles

President, South Asian Bar Association of Southern California (2012-2013)

Member, Turnaround Management Association

Member, National Asian Pacific American Bar Association Bankruptcy, Restructuring and Creditors'/Debtors' Rights Committee



**Felice Harrison**

**Paralegal**
**Pachulski Stang Ziehl & Jones LLP**
**10100 Santa Monica Blvd., 11th Floor**
**Los Angeles, CA 90067**
**Email: fharrison@pszjlaw.com**
**Direct Dial: 310-772-2372**

**Felice Harrison** has a background in debtor and creditor rights and has specialized as a bankruptcy paralegal for the past twenty-seven years.

**Practice Areas**

Debtor and creditor rights.

During her career Ms. Harrison has worked on over 100 chapter 11 debtor cases and committee cases involving non-profit hospitals, surgical centers, national retail chains, hotels, complex individual cases and single asset real estate cases involving commercial properties. She has participated in all aspects of the cases commencing from the initial stages of the filings through completion of the cases. Her responsibilities include the drafting of bankruptcy petitions, schedules of assets and liabilities and the statement of financial affairs, motions, complex objections to claims, complaints, stipulations, applications, orders, balloting documents and fee applications. She also reviews claims filed against the estate to determine which claims are objectionable and prepares comprehensive charts reflecting the filed and/or scheduled claims to assist in the objection to claims process. Additionally, Ms. Harrison conducts legal research for published articles as well as conducting legal research for legal issues which arise during the pendency of a chapter 11 case. She also assists attorneys in the presentation at court hearings and attends conferences with debtors, creditors, bankruptcy trustees and attorneys at the Office of the United States Trustee.

Ms Harrison also interacts and coordinates extensively with the clients regarding the chapter 11 filings and assists the clients with the compilation of the requisite information necessary for the chapter 11 filings, including information to include in the schedule of assets and liabilities, the statement of financial affairs as well as the 7 Day Packages and the Monthly Operating Reports in compliance with requirements of the Office of the United States Trustee for the Central District of California.

In addition to her involvement with chapter 11 cases, Ms. Harrison also worked on at least 50 chapter 7 trustee cases in which the client was the chapter 7 trustee. Part of her responsibilities, separate from her chapter 11 responsibilities, included the drafting of letters to banks, landlords and others to notify them of pending bankruptcy proceedings as well as drafting demand letters for the turnover of monies owing to the estate. She also assisted attorneys in the negotiation of settlements and aided in liquidating assets of the estate.

**Education**

Ms. Harrison earned her BA in Sociology and her California Teaching Credential, Grades K-9, from the University of California, Los Angeles. After teaching in both the public and private sector, Ms. Harrison continued with her education and received her Paralegal Certificate from the California College of Paralegal Studies (Dean's List).

**Professional Activities**

Ms. Harrison is a member of the Los Angeles Bankruptcy Forum, the American Bankruptcy Institute and the International Women's Insolvency & Restructuring Confederation.